■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEPHEN HARGROVE, Appellant. [817 NYS2d 512]—Appeal by the defendant from an order of the Supreme Court, Suffolk County (Mullen, J.), dated January 20, 2005, which, without a hearing, designated him a level two sex offender pursuant to Correction Law article 6-C. Assigned counsel has submitted a brief in accordance with *Anders v California* (386 US 738 [1967]), in which he moves to be relieved of the assignment to prosecute this appeal.

Ordered that the appeal is dismissed, without costs or disbursements.

The appeal must be dismissed because the order appealed from was superseded by a subsequent order of the same court dated March 24, 2005, which, after a hearing, designated the defendant a level two sex offender (*see People v Peterkin,* 5 AD3d 751 [2004]).

Counsel's application for leave to withdraw as counsel is granted. Adams, J.P., Goldstein, Fisher and Lifson, JJ., concur.